**Order entered November 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00261-CR
### No. 05-13-00262-CR
### No. 05-13-00263-CR
### No. 05-13-00264-CR

## MARQUIS OBRIAN WHITE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F12-56960-U, F13-57100-U, F12-71366-U, F13-71367-U

## ORDER

The Court **REINSTATES** the appeals.

On August 26, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel J. Daniel Oliphant; and (3) Mr. Oliphant's explanation for the delay in filing appellant's brief is his workload.

We note that appellant's brief was originally due July 19, 2013 and the appeal has been abated for more than two months awaiting findings on why appellant's brief has not been filed.

Accordingly, we **DO NOT ADOPT** the finding that appellant requires an additional seventy days from October 29, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **DECEMBER 13, 2013**. No further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will order J. Daniel Oliphant removed as appellant's attorney and will order the trial court to appoint new counsel to represent appellant in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; to J. Daniel Oliphant; and to the Dallas County District Attorney's Office.


/s/     DAVID EVANS
         JUSTICE